IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.  4:08cr13DCB-JCS

ZACHARY NATHANIEL BILLIE

ORDER OF DISMISSAL
COUNT 1

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses Count 1 of the Criminal Indictment against the defendant, ZACHARY NATHANIEL

BILLIE, without prejudice.


                                    STAN HARRIS
                                    Acting United States Attorney



Date:    May 19, 2009                By:    s/ *Patrick A. Lemon*
                                            Assistant U. S. Attorney

    Leave of Court is granted for the filing of the foregoing dismissal of Count 1.

    ORDERED this the    20th    day of May, 2009.



                                    ___s/ David Bramlette_____
                                    UNITED STATES DISTRICT JUDGE